

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00340-CR

Jacob **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3748
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On November 22, 2017, after court-appointed attorney Robert F. Gebbia twice failed to file Appellant's brief despite this court's express orders to do so, we abated this appeal and remanded the cause to the trial court for an abandonment hearing. On November 27, 2017, while the cause was abated, counsel filed Appellant's brief.

To avoid any further delays to this appeal, we WITHDRAW our November 22, 2017 order, REINSTATE this appeal on the court's docket, and REINSTATE the appellate timetable.

The State's brief is due THIRTY DAYS from the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.



Keith E. Hottle
Clerk of Court